# Resolution of Board of Directors
## of
### Avatara Services, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Samuel Cody, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Samuel Cody, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Samuel Cody, CEO of this Corporation is authorized and directed to employ D. Rodney Kight, Jr. 26453, attorney and the law firm of Kight Law Office, PC to represent the corporation in such bankruptcy case.

Date _____    Signed _____
                                                Samuel Cody, CEO/ Shareholder

Date _____    Signed _____
                                                Larry Jackson, President/ Shareholder

# United States Bankruptcy Court
## Western District of North Carolina

In re   Avatara Services, LLC
_____
                    Debtor(s)

Case No. _____
Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Samuel Cody**, declare under penalty of perjury that I am the **CEO** of **Avatara Services, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 21st day of March, 2014.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Samuel Cody, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Samuel Cody, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Samuel Cody, CEO** of this Corporation is authorized and directed to employ **D. Rodney Kight, Jr. 26453**, attorney and the law firm of **Kight Law Office, PC** to represent the corporation in such bankruptcy case."

Date _____

Signed _____
Samuel Cody, CEO/ Shareholder