UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AVATARA SERVICES, LLC., | ) | Case No. 14-10150 |
| | ) | Chapter 11 |
| Debtor. | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF NOTICE AND PLEADINGS

Please take notice that the undersigned, Ashley A. Edwards, of the law firm Parker Poe Adams & Bernstein LLP, appearing for Sunbelt Rentals, Inc. ("Sunbelt"), a creditor and party in interest in the above-captioned case, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, requests that service be made on the undersigned of all orders, notices, and other pleadings of any nature, including adversary proceedings, filed in this case.

Please serve all notices and other documents required to be served upon creditors to the following:

> Ashley A. Edwards, Esq.
> Parker Poe Adams & Bernstein LLP
> Three Wachovia Center
> 401 S. Tryon Street, Suite 3000
> Charlotte, NC  28202
> ashleyedwards@parkerpoe.com

Please make further notice that Sunbelt requests that the Debtors and the Clerk of Court place the undersigned counsel and his address on any mailing matrix or list of creditors to be prepared or existing in the above captioned case.

This 17th day of August, 2015.

> /s/ Ashley A. Edwards
> Ashley A. Edwards
> N.C. Bar No. 40695
> Parker Poe Adams & Bernstein LLP

PPAB 2899963v1

       Three Wachovia Center
       401 S. Tryon Street, Suite 3000
       Charlotte, North Carolina 28202
       Telephone:  (704) 372-9000
       Facsimile: (704) 334-4706
       ashleyedwards@parkerpoe.com

*Attorney for Sunbelt Rentals, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2015, I electronically filed the foregoing **Notice of Appearance and Request for Service of Pleadings** with the Clerk of Court using the CM/ECF System which will send electronic notification of such filing to the following:

D. Rodney Kight, Jr.
56 College Street, Suite 302
Asheville, NC  28801
*Attorney for Debtor*

This 17th day of August, 2015.

/ s/ Ashley A. Edwards
Ashley A. Edwards
N.C. Bar No. 40695
Parker Poe Adams & Bernstein LLP
Three Wachovia Center
401 S. Tryon Street, Suite 3000
Charlotte, North Carolina 28202